# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| Dario Portillo and Blanca Portillo,<br><br>　　　　　Plaintiffs,<br><br>v.<br><br>HSBC Mortgage Services, Inc.; Mortgage Electronic Registration System, Inc.; MERSCORP Holdings, Inc., and also all other persons, unknown claiming any right, title, estate, interest, or lien in the real estate described in the complaint herein,<br><br>　　　　　Defendants. | Civil No. 13-2370 (DWF/JSM)<br><br>**ORDER ADOPTING REPORT AND RECOMMENDATION** |

The above matter comes before the Court upon the Report and Recommendation of United States Magistrate Judge Janie S. Mayeron dated March 24, 2014. (Doc. No. 13.) No objections have been filed to that Report and Recommendation in the time period permitted. The factual background for the above-entitled matter is clearly and precisely set forth in the Report and Recommendation and is incorporated by reference. Based upon the Report and Recommendation of the Magistrate Judge, and upon all of the files, records, and proceedings herein, the Court now makes and enters the following:

## ORDER

1. Magistrate Judge Janie S. Mayeron's March 24, 2014 Report and Recommendation (Doc. No. [13]) is **ADOPTED**.

2. Defendants' Motion to Dismiss (Doc. No. [6]) is **GRANTED**.

      3.      This matter is **DISMISSED WITH PREJUDICE**.

      **LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated:  April 14, 2014           s/Donovan W. Frank
                                          DONOVAN W. FRANK
                                          United States District Judge